**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loretta Avent, ) | No. CIV 05-4211-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Tempe Union High School District, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is Defendant's Motion to Continue Rule 16 Preliminary Pre-Trial Conference [Doc. No. 7]. For good cause shown, the Motion will be granted.

**IT IS ORDERED** that the Rule 16 Preliminary Pretrial Conference currently scheduled for October 24, 2006 at 3:00 p.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the Court will conduct a Rule 16 Preliminary Pretrial Conference in this matter on **Tuesday, October 31, 2006, at 10:00 a.m.**, before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

//

//

//

1 **IT IS FURTHER ORDERED** that all provisions of this Court's August 10, 2006
2 Order [Doc. No. 6] remain in full effect, other than the date of the Rule 16 Preliminary
3 Pretrial Conference.
4 DATED this 30th day of August, 2006.

_____
Stephen M. McNamee
United States District Judge