**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loretta Avent,<br><br>            Plaintiff,<br><br>v.<br><br>Tempe Union High School District,<br><br>            Defendant. | No. CIV 05-4211-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the Plaintiff's Motion to Continue Rule 16 Preliminary Pre-Trial Conference. [Doc. No. 11]  Good cause appearing,

**IT IS HEREBY ORDERED** Plaintiff's Motion to Continue Rule 16 Preliminary Pre-Trial Conference. [Doc. No. 11] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court will conduct a Rule 16 Preliminary Pretrial Conference in this matter on **Tuesday, November 28, 2006 at 11:00 a.m** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

//

//

//

1   **IT IS FURTHER ORDERED** that all provisions of the Court's August 10, 2006
2   Order [Doc. No. 6] remain in full effect other than the date of the Rule 16 Preliminary
3   Pretrial Conference.
4   DATED this 31st day of October, 2006.

_____
Stephen M. McNamee
United States District Judge