1 **WO**

2
3
4
5

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE DISTRICT OF ARIZONA

8

9 Loretta T. Avent,               )    No. CIV 05-4211-PHX-SMM
                                  )
10         Plaintiff,              )    **ORDER SCHEDULING TELEPHONIC**
                                  )    **DISCOVERY DISPUTE HEARING**
11    vs.                         )
                                  )
12 Tempe Union High School District No.)
   213,                           )
13                                )
           Defendant.              )
14 _____)
                                  )
15

16     On November 28, 2006, the Court entered a scheduling Order that contained the

17 following language (Dkt. 17):

18
   **IT IS FURTHER ORDERED** that, **in the event of a discovery dispute, the parties**
19 **shall contact the Court to request a telephonic conference prior to filing any discovery**
   **motions.** The parties shall not contact the Court regarding a discovery dispute unless they
20 have been unable to resolve the dispute themselves, despite personal consultation and sincere
   efforts to do so. The parties shall not file any written materials related to a discovery dispute
21 or discovery motion without express leave of Court. If the Court does order written
   submissions, the movant shall include a statement certifying that counsel could not
22 satisfactorily resolve the matter despite personal consultation and sincere efforts to do so, in
   accordance with LRCiv 7.2(j) of the Rules of Practice of the United States District Court for
23 the District of Arizona.

24     Plaintiff filed a notice of discovery dispute with the Court (Dkt. 39) to preserve the

25 issue while the Court was unavailable and at the Court's suggestion. The Court being now

26 available to hear the matter,

27 //

28 //

1  **IT IS HEREBY ORDERED** setting a telephonic discovery dispute hearing before
2  the Honorable Stephen M. McNamee for **Thursday, October 11, 2007 at 3:30 p.m.**
3  <u>Plaintiff's counsel</u> shall initiate a conference call and secure all participants on the line before
4  telephoning Judge McNamee's chambers at (602) 322-7555, no later than **3:25 p.m.**, on
5  October 11, 2007.

6  DATED this 10th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge