1  **WO**

6  IN THE UNITED STATES DISTRICT COURT
7  FOR THE DISTRICT OF ARIZONA

9  Loretta T. Avent,                          )   No. CIV 05-4211-PHX-SMM
                                              )
10              Plaintiff,                    )   **ORDER**
                                              )
11     vs.                                    )
                                              )
12  Tempe Union High School District No.)
    213,                                      )
13                                            )
                Defendant.                    )
14  _____)

16  Pursuant to the telephonic discovery dispute hearing held October 11, 2007 at which discovery was extended and certain deadlines vacated (Dkt. 42),

18  **IT IS HEREBY ORDERED** that all discovery, including depositions of parties, witnesses, and experts, answers to interrogatories, and supplements to interrogatories must be completed by **Friday, December 7, 2007.** In no event, however, shall this provision alter the duties and obligations imposed upon the parties by Federal Rule of Civil Procedure 26(e). This Order contemplates that each party will conduct discovery in such a manner as to complete, within the deadline, any and all discovery. "Last minute" or "eleventh hour" discovery which results in insufficient time to undertake additional discovery and which requires an extension of the discovery deadline will be met with disfavor, and could result in denial of an extension, exclusion of evidence, or the imposition of other sanctions.

27  //
28  //

1  **IT IS FURTHER ORDERED** that all dispositive motions shall be filed no later than **Friday, January 18, 2008**. Such motions must be, in all respects, in full compliance with the Rules of Practice of the United States District Court for the District of Arizona.

**IT IS FURTHER ORDERED** that the Final Pre-Trial Conference shall be held **Wednesday, February 20, 2008** at **4:00 p.m.** in courtroom # 605 on the sixth floor of the United States Courthouse, 401 West Washington Street, Phoenix, Arizona. Because the Final Pretrial Conference is held for the benefit of all parties, and further because the presence of all parties will facilitate frank discussion of the pertinent issues in the lawsuit, **each party, or a representative with binding settlement authority if the party is an entity**, shall attend the Final Pretrial Conference. At the Final Pretrial Conference, the Court shall set a firm trial date.

**IT IS FURTHER ORDERED** that no other provisions of the Court's Scheduling Order dated November 30, 2006 (Dkt. 17) shall be affected by this Order.

DATED this 12th day of October, 2007.

Stephen M. McNamee
United States District Judge