**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loretta T. Avent, ) | No. CIV 05-4211-PHX-SMM |
| )  Plaintiff, ) | **ORDER** |
| ) vs. ) | |
| ) Tempe Union High School District No. ) 213, ) | |
| )  Defendant. ) | |

Pursuant to the parties' Stipulation to Extend Discovery Cutoff (Dkt. 56), and good cause appearing,

**IT IS HEREBY ORDERED** extending the time for the discovery cutoff to December 12, 2007 to permit the taking of one final deposition, with the express notation that no other dates shall be affected.

DATED this 7th day of December, 2007.

Stephen M. McNamee
United States District Judge