1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loretta T. Avent, | No. CIV 05-4211-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Tempe Union High School District No. 213, | |
| Defendant. | |

Before the Court is the parties' Stipulation to Extend Dispositive Motion Deadline (Dkt. 58). The Stipulation requests that the dispositive motion deadline be extended from January 18, 2008 to February 15, 2008, citing the holiday season and other litigation commitments as making such extension appropriate and necessary. However, the parties' earlier stipulation to extend the discovery cutoff (Dkt. 56) stated that no other timelines would be impacted by that extension, and the Order extending discovery cutoff explicitly noted the same (Dkt. 57). The holiday season and their other litigation commitments, of which counsel for the parties were presumably aware, do not justify further delay of this case.

Accordingly,

//

//

//

//

1   **IT IS HEREBY ORDERED** denying the parties' request to extend the dispositive
2   motion deadline.  The deadline for filing dispositive motions shall remain **Friday, January**
3   **18, 2008.**   All other remaining deadlines, including the date of the Final Pre-Trial
4   Conference, remain as set forth in the Scheduling Order dated October 12, 2007 (Dkt. 43).
5   DATED this 9th day of January, 2008.

_____
Stephen M. McNamee
United States District Judge