**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loretta T. Avent, | No. CIV 05-4211-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Tempe Union High School District No. 213, | |
| Defendant. | |

Plaintiff requests an extension of one day to file a response to Defendant's Motion for Summary Judgment (Dkt. 73). Plaintiff timely filed a Response to Defendant's Separate Statement of Facts, but requests a one-day extension due to formatting errors. Plaintiff's counsel indicates that he notified Defendant's counsel and the Court regarding this request; he also notified the Court telephonically before filing this request. No undue prejudice resulting from a one-day extension,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for Leave to File Her Response to Defendant's Motion for Summary Judgment One Day Out of Time (Dkt. 73). Plaintiff's Response to Defendant's Motion for Summary Judgment (Dkt. 74) shall be deemed timely filed.

DATED this 25th day of February, 2008.

Stephen M. McNamee
United States District Judge